# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL THOMAS,<br><br>  Plaintiff,<br><br>  v.<br><br>WASHDA, et al.,<br><br>  Defendants.<br>_____/ | CASE NO. 1:07-cv-01848 OWW DLB PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DISMISSING ACTION FOR FAILURE TO OBEY A COURT ORDER AND FAILURE TO STATE A CLAIM<br><br>(Doc. 11) |

Plaintiff Cheryl Thomas ("plaintiff") is a former state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On January 7, 2009, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objection to the Findings and Recommendations was to be filed within twenty days.[1]  Plaintiff did not file a timely Objection to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

---

[1] The United States Postal Service returned the Findings and Recommendations on January 29, 2009 as undeliverable.  A notation on the envelope indicates that plaintiff cannot be located.  However, plaintiff has not notified the court of any change in her address.  Absent such notice, service at a party's prior address is fully effective.  Local Rule 83-182(f).

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed January 7, 2009, is adopted in full; and
2. This action is dismissed, with prejudice, for failure to obey a court order and failure to state a claim upon which relief may be granted.

IT IS SO ORDERED.

**Dated:** February 24, 2009              /s/ Oliver W. Wanger
                                          UNITED STATES DISTRICT JUDGE